AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00128 |
| v. | ) Assigned to: Judge Zia M. Faruqui |
| CHRISTOPHER M. KELLY | ) Assign Date: 1/20/2021 |
| ▇ | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §2 | Aiding and Abetting |
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful Entry to Restricted Building or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Andretta, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __01/20/2021__

2021.01.20 13:57:11 -05'00'

_____
*Judge's signature*

City and state: __Washington, DC__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*