AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:21-mj-00128 |
| Christopher M. Kelly | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher M. Kelly

Date: _____

_____
*Attorney's signature*

Edward B. MacMacMahon, Jr.  Bar # 411165
*Printed name and bar number*

P.O. Box 25, 107 E. Washington Street
Middleburg, VA 20118
2600 Pennsylvania Avenue, NW, #604
Washington, DC 20037
*Address*

ebmjr@macmahon-law.com
*E-mail address*

(202) 775-1307
*Telephone number*

(540) 687-6366
*FAX number*