AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christopher M. Kelly<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher M. Kelly,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2)- Obstruction of Congressional Proceeding
18 U.S.C. §2- Aiding and Abetting
18 U.S.C. §§ 1752(a)(1), 1752(a)(2); 1752(b)- Unlawful Entry
40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D) and (G)- Violent Entry or Disorderly Conduct

Date:   01/20/2021

2021.01.20 13:59:37 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   1/20/21  , and the person was arrested on *(date)*   1/20/21
at *(city and state)*   New City, New York  .

Date:   1/21/2021

*Arresting officer's signature*

Special Agent Michael J. Andretta, FBI
*Printed name and title*