UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 21-MJ-128 (ZMF) |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER M. KELLY, | : | Hearing Date:  May 13, 2021 |
| | : | |
| Defendant. | : | |

UNOPPOSED MOTION TO CONTINUE
STATUS HEARING AND PRELIMINARY HEARING

COMES NOW Christopher M. Kelly, by counsel, and hereby moves this Court, with consent of the United States, to continue the Status Hearing/Preliminary Hearing now set for May 13, 2021, for a period of at least thirty (30) days to a date convenient with the Court and as suggested below.

The defendant was arrested on a Complaint in this matter on January 20, 2021 and had his initial appearance before this Court on February 9, 2021.  On April 13, 2021, the United States moved this court for a continuance of the hearings scheduled for April 14, 2021.  This request was granted without objection, and the preliminary hearing and status conference was rescheduled for May 13, 2021.  Since that time, counsel have engaged in substantial plea discussions that would, if successful, render moot the current hearings.  Both parties agree that a continuance of the preliminary hearing and status conference date is warranted to allow for the continuation of plea discussions with an eye towards a resolution of this case.

In the event this Motion is granted, Mr. Kelly would agree to waive again both the 21-day period within which a preliminary hearing must be conducted as well as any time under the Speedy Trial Act between May 13, 2021 and the date of the rescheduled hearing.  The parties have

conferred as to an available date for rescheduled hearing and suggest June 2, 2021 at 1:00 pm if that date is acceptable to the Court.

WHEREFORE, the defendant requests that his unopposed Motion to Continue be GRANTED. A proposed order is attached.

Respectfully submitted,

_____/S/_____
Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
DC Bar No. 411165
2600 Pennsylvania Ave, NW, Suite 604
Washington, DC    20036
(202) 775-1307
ebmjr@macmahon-law.com
Counsel for Christopher M. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I electronically filed the foregoing Unopposed Motion to Continue Status Hearing and Preliminary Hearing using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____/S/_____
Edward B. MacMahon, Jr.
Counsel for Christopher M. Kelly