## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 21-MJ-128 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER KELLY, | : | Hearing Date: June 2, 2021 |
| | : | |
| Defendant. | : | |

### UNOPPOSED MOTION TO DISMISS

The United States moves this Court, with consent of the defendant Christopher Kelly, through counsel, Edward MacMachon, Jr., moves to dismiss the Complaint without prejudice, and end this matter.

The defendant was arrested on a Complaint in this matter on January 20, 2021, and he had his initial appearance before this Court on February 9, 2021. The matter has been continued several times and the next date is June 2, 2021 for preliminary hearing and status conference. The government and defense counsel have discussed the merits of the case, and upon reflection of the facts currently known to the government, the government believes that dismissal without prejudice at this time serves the interests of justice. The defendant consents to this motion to dismiss the Complaint without prejudice.

1

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney

By: _____/s/_____
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
555 4th Street, N.W., Room 11-860
Washington, D.C. 20530
202-252-7280
Tejpal.chawla@usdoj.gov

2