3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim No. 21-MJ-128** |
| : | |
| **CHRISTOPHER KELLY,** : | |
| : | |
| **Defendant.** : | |

# **ORDER**

Having considered the Government's Unopposed Motion to Dismiss, it is hereby

**ORDERED**, that the Government's Unopposed Motion to Dismiss the Complaint without prejudice is **GRANTED**, and that the Complaint (ECF#1) in this matter shall be dismissed without prejudice;

**IT IS FURTHER ORDERED** that this case be dismissed without prejudice, and that the preliminary hearing and status conference hearing currently scheduled for June 2, 2021, are vacated.

_____
Zia M. Faruqui
United States Magistrate Judge